*Kent Circuit Court.*

## ADRIAN VAN DRIELE

vs.

## HARRIET FOSS.

*Costs—Stenographer's Fees.*

The stenographer's fees for copy of testimony taken in the Circuit for use in settling a bill of exceptions cannot be taxed as costs.

Motion for retaxation of costs.

The case having been reversed in the Supreme Court on writ of error brought by defendant, she now sought to tax as an item of costs the sum of $60.60, paid to the stenographer for a copy of the record used in settling the bill of exceptions.

The Court, MONTGOMERY J.: The question presented is whether this item is a disbursement made in the case which the prevailing party is entitled to tax as a part of her costs.

The expenditure is not a necessary incident to the trial of the cause. The transcript is a mere convenience for the attorney, rather than an absolute necessity.

The statute which makes provision for the appointment of the court stenographer provides that such minutes shall be paid for by the party who may require them; and there is no provision of the act which evinces the legislative intention that the item should be taxable in any case against the defeated party. It is to be presumed that if such had been the legislative intent it would have been expressed.

My conclusion is that the item in question is not taxable.

Decided May, 1882.

*W. E. Grove* for Plaintiff.

*Eben Smith* for Defendant.